## ATTACHMENT A
### Statement of Facts

The United States and the Defendant, Arthur Charles Clements, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.

At all relevant times to this case, **ARTHUR CHARLES CLEMENTS** ("**CLEMENTS**") was a resident of Temple Hills, Maryland. **CLEMENTS** used internet chat messaging, cloud storage, and other internet-based programs to receive, distribute, and possess child pornography.

On April 8, 2015, **CLEMENTS** uploaded an image titled "cc9.jpg" to his Microsoft One Drive account. The image depicts a prepubescent minor performing oral sex on a young male. **CLEMENTS'** upload of this image to his One Drive account triggered a report of suspected child pornography from Microsoft to the National Center for Missing and Exploited Children ("NCMEC"). NCMEC, in turn, referred the information to the Maryland State Police.

On July 24, 2015, Maryland State Police troopers and federal agents from the Department of Homeland Security executed a search warrant at **CLEMENTS'** residence. Law enforcement officers seized an Asus laptop computer with a Samsung SATA hard drive that contained more than 1,900 videos and approximately 1,100 images depicting children engaged in sexually explicit conduct. Some of the images and videos depict sadistic or masochistic conduct or other depictions of violence, including anal sex performed on very young children, bondage, and bestiality involving minors.

Forensic analysis of **CLEMENTS'** digital media revealed the **CLEMENTS**, using the username "redskins2222" shared over a thousand files with file names indicative of child pornography via a peer-to-peer ("P2P") file-sharing program. **CLEMENTS** also engaged in chats with numerous users of the same P2P program in order to share his password to give other users access to his child pornography collection and to discuss his preferences. For example, on February 1, 2015, while chatting with another P2P user regarding child pornography preferences, **CLEMENTS** wrote, "nice love the younger ones." Similarly, on February 3, 2015, **CLEMENTS** wrote, "I myself enjoy the younger side."

Forensic analysis of the digital media seized from **CLEMENTS** also revealed that **CLEMENTS** received child pornography via Skype, including the following video received on March 25, 2015:

**2013-10-19_11-12-34_691.mp4:** A video file that depicts a prepubescent female naked from the waist down and lying on top of an adult male. The adult male is digitally penetrating the anus and vagina of the prepubescent female. The prepubescent female's genitalia are the focus of the video.

9

On July 24, 2015, during the execution of the search warrant at CLEMENTS' residence, law enforcement officers also interviewed CLEMENTS. After waiving his *Miranda* rights, CLEMENTS admitted that he had downloaded and distributed child pornography. CLEMENTS admitted that he sent and received child pornography using Skype, Yahoo chat, and a P2P program. CLEMENTS indicated that he believed his child pornography collection included depictions of children as young as seven years old engaged in sexually explicit conduct. During a *Mirandized* pre-polygraph interview the same day, CLEMENTS admitted that he had been watching child pornography for approximately 17 years, since age 40.

During the July 24, 2015 interview and subsequent pre-polygraph interview, CLEMENTS also admitted to chatting via Skype for at least six months with an adult male living in another state who was sexually abusing a nine-year-old female. CLEMENTS admitted to watching live sexual contact between the adult male and the prepubescent female via Skype. The video titled "2013-10-19_11-12-34_691.mp4" described above depicts this same minor female who CLEMENTS also saw sexually abused via live Skype webcam sessions. CLEMENTS had at least 34 videos and 25 images of this same minor female engaged in sexually explicit conduct saved on his laptop computer.

The images and videos described above depict real children engaged in sexually explicit conduct. CLEMENTS downloaded and distributed images and videos of child pornography using the internet, and therefore such images and videos traveled in interstate commerce.

In December 2007, CLEMENTS was convicted of indecent exposure in St. Mary's County (Maryland) Circuit Court. CLEMENTS conviction stemmed from CLEMENTS sending pictures of his penis and videos of him masturbating to a female teenager known to him. CLEMENTS also solicited and received nude images of the teenager in return.

\* \* \*

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

12-28-15
Date

Arthur Charles Clements

I am Arthur Charles Clements' attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

1/5/16
Date

John McKenna, Esq.

10